JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. SACV 07-00105 CJC
SACR 06-00001 CJC

Date: April 22, 2008

Title: BRANDON NICKOLAS COMSTOCK v. UNITED STATES OF AMERICA

=================================================================

PRESENT:

### HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

Michelle Urie
Deputy Clerk

N/A
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

ATTORNEYS PRESENT FOR DEFENDANT:

None Present

None Present

**PROCEEDINGS:  (IN CHAMBERS) ORDER GRANTING RESPONDENT'S MOTION TO DISMISS (filed 4/25/07)**

On April 25, 2007, Respondent filed a motion to dismiss the petition for writ of habeas corpus. Petitioner never filed any opposition to Respondent's motion. For substantially the same reasons stated by Respondent in its motion and in light of no opposition to the motion ever being filed by Petitioner, Respondent's motion is GRANTED. The petition is hereby DISMISSED.

/lcs

MINUTES FORM 11
CIVIL-GEN

Initials of Deputy Clerk   MU